1002

[No. 31129-1-II. Division Two. November 2, 2004.]

FREMONT INDEMNITY CO., *Appellant*, v. COMMENCEMENT INTERNATIONAL CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-07497-2, Thomas Felnagle, J., entered November 20, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 22264-1-III. Division Three. November 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTENIA SURVELL TURNER-BEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-1-00804-9, Evan E. Sperline, J., entered July 1, 2003. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.

[No. 22316-7-III. Division Three. November 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DARWIN MICHAEL GRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-02914-1, Robert D. Austin, J., entered August 15, 2003. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ. Now published at 124 Wn. App. 322.

[No. 22433-3-III. Division Three. November 2, 2004.]

ROBERT A. BREWER, ET AL., *Appellants*, v. NICHOLAS J. TANNER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-07010-2, Salvatore F. Cozza, J., entered September 5, 2003. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.